# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No.** |
| | : | **7:07-cv-0062(HL)** |
| **JAMIE BULLARD, and,** | : | |
| **JERRY BULLARD** | : | |
| **Defendants.** | : | |
| | : | |

# ORDER

Upon consideration of the Complaint for Writ of Possession filed in the above captioned matter on June 8, 2007, and the default entered by the Clerk on August 24, 2007, it appears to the Court that the Defendants continue to unlawfully possess the real property located at 242 Westover Drive, Adel, Cook County, Georgia, more particularly described in the Complaint (hereinafter "subject property").

Therefore, it is hereby ordered that the Defendants vacate the subject property within thirty days from the date of this Order and relinquish possession to Plaintiff.

It is further ordered that should the Defendants fail to surrender possession to the United States within thirty days from the date of this Order, the Clerk shall issue a Writ of Possession to direct the United States Marshal to remove the Defendants from the subject property.

It is further ordered that the Plaintiff shall be awarded costs and disbursements of this

action.

The United States Marshal's Service is directed to personally serve this Order on Defendants.

**SO ORDERED**, this __28th____ day of December, 2007.

    _s/Hugh Lawson_
**HUGH LAWSON, Judge**

dlj/dhc